## WASHINGTON *v.* THE STATE.

ATKINSON, J. 1. When considered in connection with other portions of the charge, an instruction in a case dependent for conviction entirely upon circumstantial evidence, that "If you are satisfied of the defendant's guilt the form of your verdict would be, 'We, the jury, find the defendant guilty,' " was not erroneous on the ground that it did not state more specifically that before the jury would be authorized to convict the defendant they must be convinced of his guilt beyond a reasonable doubt, and that the evidence must be such as to exclude every other reasonable hypothesis than that of the defendant's guilt.

2. The evidence was sufficient to authorize the verdict finding the defendant guilty, and there was no error in refusing a new trial.

           *Judgment affirmed. All the Justices concur.*

         No. 1143. APRIL 15, 1919.

Indictment for murder. Before Judge Harrell. Mitchell superior court. August 8, 1918.

*M. L. Ledford,* for plaintiff in error.

*Clifford Walker,* attorney-general, *R. C. Bell,* solicitor-general, *F. A. Hooper, M. C. Bennet,* and *B. C. Gardner,* contra.

---

## BROCK *v.* BROCK.

BECK, P. J. No abuse of discretion in the judgment of the court is shown in this record. Under the evidence the court was authorized to allow the amount stated as temporary alimony and attorney's fees, and to award the custody of a child of tender years to the mother.

           *Judgment affirmed. All the Justices concur.*

         No. 1157. APRIL 15, 1919.

Temporary alimony, etc. Before Judge Ellis. Fulton superior court. July 25, 1918.

*Chambers & Dickey,* for plaintiff in error.

*M. B. Eubanks,* contra.